IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. |
| v. | : |
| | : |
| ROBERT N. DOONER, | : VIOLATION: |
| | : |
| Defendant. | : 26 U.S.C. § 7201 (Tax Evasion) |
| | : |

### INFORMATION

The United States Attorney charges that:

### Introduction

At all times relevant to this Information:

1. ROBERT N. DOONER, the defendant, was a United States citizen whose permanent residence was in Ibiza, Spain, or Dubai, United Arab Emirates.

2. Starting in or about 2009 and continuing to present day ROBERT N. DOONER, the defendant, was a business associate of Individual-1, and a co-owner of a United Arab Emirates-based internet and communications company ("Company-3"), which provided subscription fee internet services to U.S. military personnel at Kandahar Airfield in Afghanistan. Individual-2, an American living in Miami, Florida, was also a co-owner of Company-3, holding his interest in the name of Company-4.

3. In or about early 2015, DOONER approached his long-time friend, Individual-3, about using the friend's UAE-based shell company, Lemuria Consulting DWC-LLC, and a bank account in Lemuria's name at a UAE Bank-1. The friend agreed and subsequently DOONER caused a second bank account, at UAE Bank-2, to be opened and used by him as well. After DOONER started using Lemuria, he had exclusive use of its bank accounts and communicated

with UAE Bank-2 about the Lemuria account while pretending to be his friend, who was falsely identified as the named beneficial owner of the account on the bank's paperwork. DOONER directed that many of his payments from Company-3 be deposited into the Lemuria bank account in UAE-Bank-2. DOONER also used other financial accounts in London to handle payments for expenses related to a house he was building in Ibiza, Spain.

4. In or about 2015, DOONER and Individual-2 started a second company ("Company-5") to provide internet services for the U.S. military at its installation at Guantanamo Bay, Cuba. DOONER caused profit distributions from Company-5 to be deposited into one of the Lemuria accounts in the UAE.

5. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

6. United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service ("IRS"). On said return, United States taxpayers were obligated to report their worldwide income. In addition, U.S. taxpayers who had a financial interest in, or signature authority over, one or more financial accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to file with the Department of the Treasury a Report of Foreign Bank and Financial Accounts, FinCEN Form 114 (the "FBAR," formerly known as Form TD F 90-22.1). The FBAR had to be filed on or before June 30 of the following year.

7. For each of the tax years 2012 through 2019, DOONER used a tax preparer in Atlanta, Georgia, to prepare U.S. Individual Income Tax Returns, Forms 1040 ("Forms 1040").

The Forms 1040 reported, among other things, the management fee income DOONER received from Company-1, which was deposited into bank accounts at UAE Bank-3 in DOONER's name. But he omitted any mention of his ownership interests in Company-3 or Company-5, the dividend distributions made to him by Company-3 and Company-5, or $450,000 of stock purchases in an American company made on his behalf and deriving from his ownership interests in Company-3.

8. For each of the tax years 2009 through 2019, DOONER provided false information to his tax preparer about, among other things, the amount of income he received each year and his interest in foreign bank accounts. DOONER knew he had a duty to report accurate information on his Forms 1040, but intentionally provided false information to his tax preparer. The false information he provided resulted in the preparation and filing of Forms 1040 for each of the years 2012 to 2019 reporting and paying a lower tax due and owing than would have been reported and paid if the information on the returns had been accurate.

9. On or about February 22, 2021, DOONER was served with a grand jury subpoena seeking records of his foreign financial accounts, required to be maintained by and pursuant to Title 31 and its implementing regulations. That subpoena specifically requested any documents from the Lemuria account at UAE Bank-2. On or about March 12, 2021, DOONER produced records in response to this subpoena. But despite having a financial interest in and control over that account, DOONER's production to the grand jury did not contain any records related to the bank account at UAE Bank-2.

## COUNT ONE

10. Paragraphs 1 through 9 are realleged and incorporated fully herein by reference.

11. From at least in or about January 1, 2009, through in or about March 2021, in the

4

Northern District of Georgia and elsewhere, the defendant, ROBERT N. DOONER, a resident of Ibiza, Spain, and/or Abu Dhabi, and Dubai, United Arab Emirates, willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by him to the United States in the amounts and for the calendar years set forth below by:

    a)    providing his return preparer with false and fraudulent information about the amount of his ownership interest in Company-3 and Company-5, and his taxable income, including stock purchased on his behalf and dividend distributions, from Company-3 and Company-5 in each year, resulting in the amount of unreported income and approximate tax due and owing as detailed below;

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
|---|---|---|---|
| 2015 | 10/13/2016 | $ 570,639.14 | $211,508.00 |
| 2016 | 1/23/2018 | $ 621,843.09 | $245,000.00 |
| 2017 | 10/8/2018 | $ 341,886.67 | $119,461.00 |
| 2018 | 10/11/2019 | $ 253,888.53 | $ 67,210.00 |
| 2019 | 10/9/2020 | $ 282,673.19 | $101,798.00 |
| Total | | $ 2,070,930.62 | $744,977.00 |

    b)    willfully and knowingly filing with the IRS false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of the calendar years 2015, 2016, 2017, 2018, and 2019, on or about the dates listed above;

    c)    utilizing Lemuria Consultants LLC as his nominee company to open bank accounts in the United Arab Emirates and conceal the receipt of income;

    d)    knowingly filing false FBAR forms that omitted reference to the Lemuria accounts for the years 2015 through 2020; and

5

e) withholding records related to the Lemuria accounts from the government in response to a grand jury subpoena.

(Title 26, United States Code, Section 7201)

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Leslie A. Goemaat*
_____
Leslie A. Goemaat
Assistant United States Attorney
MA Bar No. 676695
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6971
Leslie.Goemaat@usdoj.gov

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: */s/ Nanette L. Davis*
_____
Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
150 M Street, N.E., Room 1.107
Washington, D.C. 20002
(202) 514-8030
Nanette.L.Davis@usdoj.gov